No. 10-6800. Bienvenido Casilla, Petitioner v. Michelle R. Ricci, Administrator, New Jersey State Prison, et al.

562 U.S. 1093, 131 S. Ct. 799, 178 L. Ed. 2d 535, 2010 U.S. LEXIS 9466.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-6802. Brandon Dejuan Edwards, Petitioner v. Michigan.

562 U.S. 1093, 131 S. Ct. 800, 178 L. Ed. 2d 535, 2010 U.S. LEXIS 9549.

December 6, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

No. 10-6809. Albert James Wells, Petitioner v. Florida.

562 U.S. 1093, 131 S. Ct. 800, 178 L. Ed. 2d 535, 2010 U.S. LEXIS 9544.

December 6, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 38 So. 3d 137.

No. 10-6812. Oscar Solis Vela, Petitioner v. Texas.

562 U.S. 1093, 131 S. Ct. 800, 178 L. Ed. 2d 535, 2010 U.S. LEXIS 9513.

December 6, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

No. 10-6813. Jerry Wanzer, Petitioner v. Robert Velasquez, Jr., et al.

562 U.S. 1093, 131 S. Ct. 800, 178 L. Ed. 2d 535, 2010 U.S. LEXIS 9450.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-6817. James L. McCurry, Petitioner v. David Mills, Warden.

562 U.S. 1093, 131 S. Ct. 800, 178 L. Ed. 2d 535, 2010 U.S. LEXIS 9462.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-6820. Jose Antonio Barrios, Petitioner v. George J. Giurbino, Warden.

562 U.S. 1093, 131 S. Ct. 800, 178 L. Ed. 2d 535, 2010 U.S. LEXIS 9458.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 852.

No. 10-6821. Martin Edward Walters, Petitioner v. D. K. Sisto, Warden.

562 U.S. 1094, 131 S. Ct. 800, 178 L. Ed. 2d 535, 2010 U.S. LEXIS 9567.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.